SECOND DEPARTMENT, APRIL, 1986,

(April 1, 1986)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BEBE MARTIN, Appellant.—Motion by respondent to dismiss the appeal by defendant from a judgment of the Supreme Court, Kings County, rendered December 8, 1983, on ground that the defendant has been deported and is not now available to obey the mandate of the court.

Motion granted, appeal dismissed. Mollen, P. J., Lazer, Mangano and Thompson, JJ., concur.